IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00119-RJ

ANTOINE McCLEAN,                        )
     Plaintiff,                         )
         v.                           )        ORDER
                                        )
MARTIN O'MALLEY                         )
Commissioner of Social Security,        )
                                        )
     Defendant,                         )
_____        )

This matter is before the court on Plaintiff's Brief filed pursuant to the

Supplemental Rules and Defendant's Motion for Remand to the Commissioner for

Further Administrative Proceedings. Plaintiff's counsel has been contacted

regarding the Government's Motion for Remand and consents to the Remand.

Accordingly, for good cause shown, the Court hereby reverses the

Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the

case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S.

292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). Upon remand, the Appeals

Council will refer Plaintiff's case to an Administrative Law Judge ("ALJ"), who will

offer the claimant the opportunity for a new hearing, take any further action needed

to complete the administrative record, and issue a new decision.

The Clerk of Court is directed to enter a separate judgment pursuant to Rule

58 of the Federal Rules of Civil Procedure.

So ordered, this 28th day of August, 2024.

                                   _____
                                   Robert B. Jones, Jr.
                                   United States Magistrate Judge